AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

**FILED**
U.S. District Court
District of Kansas

6/18/2025

Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

a 2010 Mazda CX-7, Black in Color; Vin: JM3ER2W55A0304816; Kansas Tag- 561RYN, Registered to Jason Buffalohead-Craytor at 2273 S. Kansas Ave, Wichita, Kansas.  The Subject Vehicle is currently located at the KBI Wichita Regional Office at 1900 E Tigua, Kechi, Kansas.  See Attachment A.

Case No.   25-6116-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a 2010 Mazda CX-7, Black in Color; Vin: JM3ER2W55A0304816; Kansas Tag- 561RYN, Registered to Jason Buffalohead-Craytor at 2273 S. Kansas Ave, Wichita, Kansas.  The Subject Vehicle is currently located at the KBI Wichita Regional Office at 1900 E Tigua, Kechi, Kansas.  See Attachment A.

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

✓ evidence of a crime;

✓ contraband, fruits of crime, or other items illegally possessed;

✓ property designed for use, intended for use, or used in committing a crime;

a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution or possession with intent to distribute a controlled substance |
| 21 U.S.C. § 846 | Attempt and conspiracy to distribute a controlled substance |

The application is based on these facts:

See Attached Affidavit

✓ Continued on the attached sheet.

Delayed notice of_____days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

PAUL SHADE, U.S. Postal Inspector, U.S. Postal Inspection Service
*Printed name and title*

Sworn to before me and signed ~~in my presence.~~ via Facetime

Date:   6/18/2025

_____
*Judge's signature*

City and state: Wichita, Kansas

HONORABLE GWYNNE E. BIRZER, U.S. Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

IN THE MATTER OF THE
APPLICATION OF THE UNITED                  **Case No.**    25-6116-GEB
STATES FOR AUTHORIZATION TO
SEARCH THE CONTENTS OF A 2010
MAZDA CX-7, BLACK IN COLOR;
VIN: JM3ER2W55A0304816;
KANSAS TAG 561RYN;
REGISTERED TO JASON BUFFALOHEAD-CRAYTOR
AT 2273 S KANSAS AVE, WICHITA, KANSAS.

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Paul Shade, being first duly sworn on oath, state as follows:

### AGENT INTRODUCTION AND BACKGROUND

1.      I submit this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search and seizure of the property more specifically described in Attachments A and B.

2.       I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since July 2004.  I am currently assigned to the Kansas City Field Office of the Postal Inspection Service and have experience enforcing federal mail and drug laws.  This affidavit is based on my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

3.      I received basic training for approximately 12 weeks from the United States Postal Inspection Service regarding individuals using the United States Mail to transport-controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders to launder the proceeds of controlled substances.  I received formal training for one week in January 2009, when I attended the United States Postal Inspection Service Narcotics training course in Potomac, Maryland.   This training involved controlled substances investigation

techniques, chemical field testing, and training in the identification and detection of controlled substances and drug proceeds being transported in the United States Mail and other commercial carriers.

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4.      This affidavit is made in support of an application for a search warrant for a 2010 Mazda CX-7, Black in Color; Vin: JM3ER2W55A0304816; Kansas Tag- 561RYN, Registered to Jason Buffalohead-Craytor at 2273 S. Kansas Ave, Wichita, Kansas. "Subject Vehicle").

5.      Items to be seized from the Subject Vehicle include controlled substances such as marijuana, cocaine, methamphetamine, fentanyl, and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including packaging; electronics or written correspondence (ledgers); and United States currency or money orders, which would be proceeds from drug trafficking and/or payment for distributed controlled substances.

6.      The Subject Vehicle is currently located at the KBI Wichita Regional Office at 1900 E Tigua, Kechi, Kansas.

## OFFENSES UNDER INVESTIGATION

7.      Based on my training and experience and on the facts set forth in this Affidavit, I believe the Subject Vehicle contains evidence of violations of Title 21, United States Code, Section 841(a)(1) (distribution or possession with intent to distribute a controlled substance), and Title 21, United States Code, Section 846 (attempts and conspiracies to do the same).

## PROBABLE CAUSE

8.    On 11/29/2023, Kansas Bureau of Investigation (KBI) Senior Special Agent (SSA) Bryson Potter seized 6 United Parcel Service (UPS) packages sent from Arizona and destined to 5 different Wichita, Kansas residential addresses. Search warrants were granted on the packages and they contained large amounts of methamphetamine and fentanyl (approximately 59 pounds of methamphetamine, 4 pounds of fentanyl powder, and nearly 7 pounds of fentanyl pills).

9.    Through the investigation, Cory Jones was developed as a suspect. SSA Potter learned Jones drove a black Mazda SUV (Subject Vehicle) with Kansas tag- 651RYN. SSA Potter and other KBI agents observed Jones driving the Subject Vehicle on many occasions. SSA Potter noticed according to License Plate Recognition (LPR) data, this Subject Vehicle made many trips between the Phoenix area of Arizona and Wichita, Kansas.

10.    On February 15, 2024, Cory Jones was car stopped by KBI K-9 agent Brentt Donaldson alone driving the Subject Vehicle for committing a traffic infraction in the city of Wichita. Jones offered for the Subject Vehicle to be searched where a large vacuum sealer, plastic baggies, a ledger, and large cling wrap roll were found in the Subject Vehicle. SA Donaldson began to speak with Jones. While speaking with Jones in his left coat pocket there appeared to be a large bulge about the size of a medium sized handgun. SA Donaldson asked JONES if he was a felon into which he said yes. SA Donaldson asked Jones if he had a gun in his pocket. Jones said he did not that it was money and quickly stated he had bank records for the money because he drives "diesels". SA Donaldson asked how much money he had on him. Jones said about $10,000. Jones clarified diesels meant a semi-truck. When SA Garrison and SA Donaldson asked Jones about truck driving, Jones did not appear to have clear knowledge/answers about it.

3

11.     On January 15, 2025, Postal Inspectors interdicted an outgoing Express Mail Parcel from Jones in Wichita to his address in Phoenix AZ of 4141 N. 48th Dr, Phoenix AZ. Security cameras captured Jones mailing the package. A narcotics canine alerted to the parcel and a federal search warrant was issued and executed. Upon execution of the warrant $42,780.00 US currency was seized.

12.     On April 15, 2025, a KBI Under Cover (UC) Agent was able to purchase over 380 grams of fentanyl powder from Jones and another individual in the city of Wichita. Jones was seen at the Hawthorn Suite at 411 S Webb Rd, Wichita, Kansas, shortly before the drug transaction. Jones drove the Subject Vehicle to the narcotics transaction with the other individual as the passenger. Jones transported the fentanyl powder in the Subject Vehicle and gave the powder to the KBI UC. The KBI UC handed Jones directly $6,500 in exchange for the fentanyl.

13.     On June 10, 2025 a federal arrest warrant was issued for Cory Jones for distribution of fentanyl, possession of methamphetamine with intent to distribute, conspiracy and other charges.

14.     On June 13, 2025 the KBI with assistance from the Kansas Highway Patrol (KHP) and the United States Postal Inspection Service (USPIS) conducted an operation to arrest Cory Jones for his outstanding arrest warrant. The Subject Vehicle was located at the Hawthorn Suites hotel at 411 S Webb, Wichita. KBI surveillance observed Cory Jones get in to the driver's seat of the Mazda and leave the hotel. He drove to several other hotels off of West Kellogg that are known for illegal drug activity. Jones picked up Cleon McGinty who also had an outstanding federal arrest warrant for drug distribution related to this case.

4

15.     Jones and McGinty returned to the Hawthorn Suites. Jones entered into another BMW SUV as the passenger, and they left the Hawthorn, with the Subject Vehicle remaining at the Hawthorn. KBI surveillance units remained on the Subject Vehicle and it did not leave.

16.     The BMW SUV committed a traffic infraction and was stopped by KHP. Larry Barker was the driver, and Cory Jones was the passenger. Both Barker and Jones were arrested. Suspected fentanyl powder and a handgun were located in the vehicle. US Currency was seized from both passengers to include $5940.00 from Jones and $5546.00 from Barker.

17.     Cleon McGinty was arrested from the Hawthorn Suites for his outstanding arrest warrant.

18.     On June 13, 2025, SA Brentt Donaldson contacted SSA Schneider to conduct a Canine sniff of a vehicle parked in the Hawthorn Suites, 411 S. Webb Rd, Apt #3, Wichita, Kansas. Upon arrival SSA Schneider noted the vehicle was a black, 2010 Mazda, CX-7, displaying Kansas license plate 561RYN (Subject Vehicle).

19.     SSA Kelly Schneider is a certified law enforcement officer for the State of Kansas, employed as a Senior Special Agent (SSA) for the Kansas Bureau of Investigation (KBI) as a Canine (K-9) handler. SSA Schneider is currently teamed up with Police Service Dog (PSD) Rayo. PSD K9 Rayo is trained and certified to detect the presence of the odor of controlled substances, specifically methamphetamine, cocaine, fentanyl, heroin and marijuana.  SSA Schneider and PSD Rayo are certified through The National Police Canine Association.

20.     SA Brentt Donaldson saw in plain view in the Subject Vehicle the following: Underneath the radio in a cubby, there was a clear plastic vile with a red lid that appear to have a white powdery residue inside of it. And in the driver side door panel, there was plastic sandwich, baggies, and Q-tips. These appears to be indicative of drug use.

21.     Since being teamed up, SSA Schneider and PSD Rayo have seized approximately 62 pounds of methamphetamine, 62,500 Fentanyl tablets, 4 pounds of fentanyl powder and in excess of 125 pounds of marijuana.

22.     On June 13, 2025, at approximately 2:35pm, SSA Schneider deployed PSD Rayo to conduct a free air sniff of the Subject Vehicle. The Subject Vehicle was parked facing north and the windows on the front passenger and front driver side were down with very little wind.  SSA Schneider gave PSD Rayo the search command and he started sniffing the exterior of the Subject Vehicle from the rear passenger corner in a counter clock-wise direction.

23.     When PSD Rayo came to the front driver side door, he exhibited a positive alert with a change of behavior. PSD Rayo's pace slowed and his head went up and he stuck his nose through the open window. PSD Rayo was sniffing hard with his mouth closed and immediately jumped through the window, into the Subject Vehicle. SSA Schneider immediately pulled PSD Rayo out of the vehicle for his safety. This behavior is consistent of when PSD Rayo has detected the odor of narcotics inside a vehicle with the window down and is consistently observed in training.

24.     The Subject Vehicle vehicle was towed to the KBI Wichita Regional Office at 1900 E Tigua, Kechi, Kansas, and secured. SSA Potter obtained the keys to the Subject Vehicle from Jones at the jail.

25.     Per my training and experience, I know the alert for a positive odor of drugs by a certified canine is only one factor in the investigation of the Subject Vehicle.  I believe the other identified characteristics of the Subject Vehicle including the positive canine alert, items in plain view, prior seizures, and Jones use of the Subject Vehicle to conduct a drug transactions, provided in this affidavit, support the issuance of a search warrant.

## **CONCLUSION**

26.     Therefore, based on these facts, I believe there is probable cause to believe that

the Subject Parcel contains evidence of the crimes noted above.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
PAUL SHADE
United States Postal Inspector
United States Postal Inspection Service


Sworn to and attested by affiant, via Facetime, after being submitted to me by reliable

electronic means on June 18, 2025.

_____
HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge
District of Kansas

7

## **ATTACHMENT A**

## **DESCRIPTION OF THE ITEMS TO BE SEARCHED**

2010 MAZDA CX-7, BLACK IN COLOR; VIN: JM3ER2W55A0304816; KANSAS

TAG- 561RYN REGISTERED TO JASON BUFFALOHEAD-CRAYTOR AT 2273 S

KANSAS AVE, WICHITA, KANSAS

# ATTACHMENT B

## PARTICULAR ITEMS TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use, or which is or has been used, as the means of committing a criminal offense, namely violations of Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance), and Title 21, United States Code, Section 846 (attempt and conspiracy to do the same), namely:

1. Any illegal controlled substances, specifically marijuana, cocaine, methamphetamine, fentanyl, or heroin;

2. any drug paraphernalia related to the possession or distribution of a controlled substance including packaging; and written correspondence (ledgers) and;

3. any United States currency.

1